COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS



| | § | |
|---|---|---|
| SCHNEIDER ELECTRIC USA, INC. | | No. 08-21-00145-CV |
| D/B/A SCHNEIDER ELECTRIC, | § | |
| Appellant, | | Appeal from the |
| | § | |
| v. | | 327th District Court |
| | § | |
| MARIA RAMIREZ, | | of El Paso County, Texas |
| Appellee. | § | |
| | | (TC # 2019DCV3145) |

## O R D E R

Pending before the Court is a petition for permissive appeal filed by Schneider Electric USA, Inc. See TEX.R.APP.P. 28.3. The petition is GRANTED.

Pursuant to Rule 28.3(k), a notice of appeal is deemed to have been filed by Schneider Electric USA, Inc., on the date of this order and the appeal will be governed by the rules applicable to accelerated appeals. Schneider Electric USA, Inc. is directed to take all necessary steps to cause the appellate record to be filed. See TEX.R.APP.P. 34.5, 34.6. The clerk's record and the reporter's record, if any, are due to be filed no later than October 14, 2021. The Clerk of the Court shall file a copy of this order with the trial court clerk. See TEX.R.APP.P. 28.3(k).

IT IS SO ORDERED this 24th day of September, 2021.


PER CURIAM

Before Rodriguez, C.J., Palafox and Alley, JJ.